No. 88–1050.   APPLEGATE ET VIR *v.* CALIFORNIA ET AL., 489 U. S. 1017.   Petition for rehearing and other relief denied.

## APRIL 7, 1989

No. 88–493.   UNIVERSITY OF PENNSYLVANIA *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.   C. A. 3d Cir.   The order entered December 12, 1988 [488 U. S. 992], granting the petition for writ of certiorari is amended to read: "Certiorari granted limited to Question 1 presented by the petition."   Case is removed from the calendar for argument on April 18, 1989, and will be argued during the October Term 1989.

## APRIL 17, 1989

No. 88–1491.   RHINEHART ET AL. *v.* SEATTLE TIMES ET AL. Appeal from Ct. App. Wash. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–6255.   SHAFFER *v.* DEPARTMENT OF SOCIAL SERVICES. Appeal from Ct. App. Mich. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–6630.   BONNIE MARIE H., A MINOR *v.* HANNAN ET AL. Appeal from Ct. App. Cal., 6th App. Dist., dismissed for want of properly presented federal question.